UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No.  6:14-cv-1312-Orl-40TBS

JENNIFER A . MAUSER,

    Defendant.
_____/

## ORDER

Plaintiff filed this action to collect a student loan on August 14, 2014.  (Doc. 1). The 120 day period for service of original process on Defendant has expired without Defendant having been served.  (Doc. 5).  Now, Plaintiff seeks a 90 day enlargement of time to serve Defendant and as grounds says that it has been attempting to serve Defendant at her residence but she refuses to open the door.  (Id.).

Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 120 days after the complaint is filed then, on motion, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  The Rule continues, stating that "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  FED. R. CIV. P. 4(m).

The Court finds good cause to extend the time for service, based upon Plaintiff's allegation that Defendant is avoiding service of process.  Accordingly, Plaintiff's Motion for Extension of Time (Doc. 5), is GRANTED.  Plaintiff has through March 12, 2015 within to serve Defendant.

DONE AND ORDERED in Orlando, Florida, on December 17, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel