**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No:  6:14-cv-1312-Orl-40TBS

JENNIFER A. MAUSER,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 10) filed on April 16, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed April 20, 2015 (Doc. 11), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Motion for Entry of Default Judgment (Doc. 10) is **DENIED WITHOUT PREJUDICE**.

3.  Plaintiff is **DIRECTED** to serve Defendant within thirty (30) days of the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on May 11, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties